739 A.2d 1052

**Dom GIORDANO, Appellant,**

v.

**Tom RIDGE, Governor, Commonwealth of Pennsylvania and Commonwealth of Pennsylvania and Mike Fisher, Attorney General, Commonwealth of Pennsylvania and City of Philadelphia and City of Pittsburgh, Appellees.**

Supreme Court of Pennsylvania.

Oct. 5, 1999.

## ORDER

PER CURIAM:

**AND NOW**, this 5th day of October, 1999, the order of the Commonwealth Court is hereby affirmed.